# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

June 5, 2015

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Yakima

The Honorable Robert H. Whaley
Senior U.S. District Judge
Thomas South Foley Courthouse
920 West Riverside
Spokane, WA 99210

        **RE: Holden, Curtis T.**
        **Docket No: 2:11CR02064-RHW-1**

        **REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor:

Dr. Holden is requesting to travel to Guadalajara, Mexico, for work purposes. He will be networking with customers and providing information to local farmers in the Guadalajara area. Dr. Holden recently started working for Blueline Manufacturing Company in Yakima, as a marketing consultant for South America. He plans on flying to Mexico on June 21, 2015, and will return to the United States on June 26, 2015.

Dr. Holden was sentenced by Your Honor on October 22, 2013, for 32 counts of Health Care Fraud, in violation of 18 U.S.C. § 1347(2). He received 2 years of supervised release and began his term on January 22, 2015, in the Eastern District of Washington.

Since that time, Dr. Holden has been in compliance with his supervised release requirements. He recently obtained employment and is working hard to get his life back on track. Dr. Holden keeps this officer well informed of his travel requirements and is grateful to have employment to provide for his family.

**Holden, Curtis T.**
**June 5, 2015**
**Page 2**

This officer respectfully recommends Dr. Holden's request of travel to Mexico, be granted.

                                    Respectfully submitted,

                                    Scott M. Morse, Sr.
                                    Chief U.S. Probation Officer

                                    s/Phil Casey                06/05/2015
                                    Phil Casey                       Date
                                    U.S. Probation Officer

APPROVED BY:

s/Rebecca M. Nichols          06/05/2015
Rebecca M. Nichols            Date
Supervising U.S. Probation Officer

---

**ORDER OF THE COURT:**

**Approved**   X                      **Disappointed** _____

  June 8, 2015                                /s/ Robert H. Whaley
**Date**                                         The Honorable Robert H. Whaley
                                             Senior U.S. District Judge