# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

July 27, 2015

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Yakima

The Honorable Robert H. Whaley
Senior U.S. District Judge
Thomas Stephen Foley Courthouse
920 West Riverside
Spokane, WA  99210

        **RE: Holden, Curtis T.**
        **Docket No: 2:11CR02064-RHW-1**

        **REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor:

Dr. Holden is requesting to travel to Porto Alegre, Brazil, and Santiago, Chile, for work purposes.  He will be networking with customers and attending trade shows in Brazil and Chile.   Dr. Holden continues to work for Blueline Manufacturing Company in Yakima, as a marketing consultant for South America.  He plans on flying to Brazil on September 2, 2015, and will return to the United States on September 11, 2015.

Dr. Holden was sentenced by Your Honor on October 22, 2013, for 32 counts of Health Care Fraud, in violation of 18 U.S.C. § 1347(2).  He received 2 years of supervised release and began his term on January 22, 2015, in the Eastern District of Washington.

Since that time, Dr. Holden has been in compliance with his supervised release requirements. Dr. Holden keeps this officer well informed of his travel requirements and is grateful to have employment to provide for his family.

**Holden, Curtis T.**
**July 27, 2015**
**Page 2**

This officer respectfully recommends Dr. Holden's request of travel to Brazil and Chile, be granted.

        Respectfully submitted,

        Scott M. Morse, Sr.
        Chief U.S. Probation Officer


    s/Phil Casey        07/27/2015
    Phil Casey        Date
    U.S. Probation Officer

APPROVED BY:

s/Matthew L. Thompson    07/27/2015
Matthew L. Thompson    Date
Deputy Chief U.S. Probation Officer

---

**ORDER OF THE COURT:**

**Approved**    X          **Disapproved** _____

                                                      /s/ Robert H. Whaley

July 29, 2015
**Date**                                   The Honorable Robert H. Whaley
                                          Senior U.S. District Judge