UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

September 21, 2015

**MATTHEW L. THOMPSON**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO    <u>Yakima</u>

The Honorable Robert H. Whaley
Senior U.S. District Judge
Thomas Stephen Foley Courthouse
920 West Riverside
Spokane, WA 99210

       **RE: Holden, Curtis T.**
       **Docket No: 2:11CR02064-RHW-1**

       **<u>REQUEST FOR OUT OF COUNTRY TRAVEL</u>**

Your Honor:

Dr. Holden is requesting to travel to Chihuahua, Mexico. Dr. Holden continues to work for Blueline Manufacturing Company in Yakima, as a marketing consultant for South America. He will be traveling with the owner of Blueline Manufacturing Company to conduct business in South America. He plans on flying to Mexico on September 27, 2015, and will return to the United States on October 2, 2015.

Dr. Holden was sentenced by Your Honor on October 22, 2013, for 32 counts of Health Care Fraud, in violation of 18 U.S.C. § 1347(2). He received 2 years of supervised release and began his term on January 22, 2015, in the Eastern District of Washington.

Since that time, Dr. Holden has been in compliance with his supervised release requirements. Dr. Holden keeps this officer well informed of his travel requirements and is grateful to have employment to provide for his family.

**Holden, Curtis T.**
**September 21, 2015**
Page 2

This officer respectfully recommends Dr. Holden's request of travel to Mexico, be granted.

                                    Respectfully submitted,

                                    Matthew L. Thompson
                                    Chief U.S. Probation Officer

                                 s/Phil Casey                 09/21/2015
                                 Phil Casey                     Date
                                 U.S. Probation Officer

APPROVED BY:

s/Rebecca M. Nichols        09/21/2015
Deputy Chief U.S. Probation Officer    Date

---

**ORDER OF THE COURT:**

**Approved**    X            **Disapproved** _____

  September 23, 2015                                            /s/ Robert H. Whaley
**Date**                                                  The Honorable Robert H. Whaley
                                                      Senior U.S. District Judge

Case 2:11-cr-02064-RHW    Document 376    Filed 09/23/15