UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

October 9, 2015

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Yakima

The Honorable Robert H. Whaley
Senior U.S. District Judge
Thomas Stephen Foley Courthouse
920 West Riverside
Spokane, WA 99210

           RE: Holden, Curtis T.
           Docket No: 2:11CR02064-RHW-1

          **REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor:

Dr. Holden is requesting to travel to Porto Alegre, Brazil, and Santiago, Chile. Dr. Holden continues to work for Blueline Manufacturing Company in Yakima, Washington, as a marketing consultant for South America. He will be attending trade shows and will be contacting customers of Blueline Manufacturing Company at local farms. Dr. Holden plans on flying to Brazil on November 2, 2015. He then plans to fly from Brazil to Chile on November 15, 2015, and will return to the United States on November 21, 2015.

Dr. Holden was sentenced by Your Honor on October 22, 2013, to 32 counts of Health Care Fraud, in violation of 18 U.S.C. § 1347(2). He received 2 years of supervised release and began his term on January 22, 2015, in the Eastern District of Washington.

Since that time, Dr. Holden has been in compliance with his supervised release requirements. Dr. Holden keeps this officer well informed of his travel requirements and is grateful to have employment to provide for his family.

Case 2:11-cr-02064-RHW   Document 377   Filed 10/19/15

**Holden, Curtis T.**
**October 9, 2015**
**Page 2**

This officer respectfully recommends Dr. Holden's request of travel to South America, be granted.

                                                  Respectfully submitted,

                                                  Matthew L. Thompson
                                                  Chief U.S. Probation Officer

                                                  s/Phil Casey              10/9/2015
                                                  Phil Casey                 Date
                                                  U.S. Probation Officer

APPROVED BY:

s/Jose Vargas                         10/9/2015
Jose Vargas                             Date
Supervising U.S. Probation Officer

---

## ORDER OF THE COURT:

**Approved**   X                       **Disapproved** _____

   October 19, 2015                                                                     for
**Date**                                                             The Honorable  Robert H. Whaley
                                                              Senior U.S. District Judge